**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

**No. 97-60570**
**Summary Calendar**

**JOAN GODDARD,**

**Plaintiff-Appellant,**

**VERSUS**

**SODEXHO FOOD SERVICES, INC.,**

**Defendant-Appellee.**

Appeal from the United States District Court
For the Northern District of Mississippi
(1:96-CV-143-D-A)

December 24, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

   Joan Goddard ("Goddard") sued her former employer, Sodexho Food Services, Inc. ("Sodexho"), alleging that she was terminated because of her age in violation of the Age Discrimination and Employment Act, 28 U.S.C. § 621, et seq.  A little over one year

---

   [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

after the suit was filed, Sodexho moved for summary judgment and the district court granted Sodexho's motion.  Goddard timely appeals to this Court.

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself.  For the reasons stated by the district court in its memorandum opinion filed August 13, 1997, we think the district court correctly concluded that Goddard failed to raise a genuine issue of material fact that her age was a substantial factor in her termination.  Accordingly, the Final Judgment herein entered on August 13, 1997, is

**AFFIRMED.**